STATE OF NORTH CAROLINA v. JOHNNY MARSH

No. 739SC75

(Filed 14 February 1973)

ON *writ of certiorari* to review trial before *Godwin, Judge,* 7 February 1972 Session of Superior Court held in GRANVILLE County.

Defendant was tried upon two bills of indictment: (1) assault with a deadly weapon with intent to kill and inflicting serious injury, and (2) larceny of property of a value of more than two hundred dollars.

The State's evidence tended to show the following: At about 11:30 p.m. on 3 February 1970 Inspectors Love and Holt of the License and Theft Bureau of the North Carolina Department of Motor Vehicles were in Creedmoor. Inspector Love had two or more photographs of defendant in his pocket. The two inspectors were parked in the lot of a business establishment in Creedmoor. At about 11:30 p.m., they observed a Mustang automobile backing away from the street that runs in front of Edwards Brothers Chevrolet. They observed a 1970 model Chevrolet automobile which was also backing away from the vicinity of Edwards Brothers Chevrolet. Both vehicles backed onto Railroad Street and then proceeded down Railroad Street and made left turns onto Fleming Street. The Mustang was in the lead. The inspectors observed the dealer invoice still in the left window of the Chevrolet.

The inspectors followed the Mustang and Chevrolet for several blocks. Both the Mustang and Chevrolet stopped before entering Highway 15 and the occupants of both cars went to the rear of the Chevrolet. As the inspectors approached they recognized defendant Johnny Marsh as one of the two subjects at the rear of the Chevrolet. Defendant and the other subject were crouched or kneeling at the rear of the 1970 Chevrolet attempting to put a license plate on the vehicle. The inspectors advised defendant and the other subject that they were under arrest. The other subject fled on foot and has not been apprehended or identified, although Inspector Holt gave chase.

As Inspector Love undertook to place handcuffs on defendant, defendant pulled a revolver and fired. The shot missed but the impact of the explosion knocked Inspector Love into the

roadside ditch and burned his eyes to the extent that he sought emergency treatment at Duke Hospital and further treatment the next day at Watts Hospital and McPherson Hospital.

After defendant fired the shot at Inspector Love, defendant fled in the Mustang automobile and was not apprehended for more than a year under the warrants issued in these cases.

The 1970 Chevrolet was the property of Edwards Brothers Chevrolet and it was removed from their premises without their permission or knowledge. The 1970 Chevrolet was valued at about $4,200.00.

Defendant offered no evidence.

The jury found defendant guilty as charged in each indictment. Defendant was sentenced to a term of ten years on the felonious assault charge, and to a term of not less than six nor more than eight years on the felonious larceny charge. These two sentences will run concurrently.

*Attorney General Morgan, by Deputy Attorney General Vanore, for the State.*

*Pearson, Malone, Johnson & DeJarmon, by C. C. Malone, Jr., for defendant.*

BROCK, Judge.

We have carefully considered each of defendant's assignments of error and feel that no useful purpose can be served by a seriatim discussion. In our opinion defendant had a fair trial, free from prejudicial error.

No error.

Judges CAMPBELL and GRAHAM concur.